# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LORENZO, suing individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>　　　　　　　　　　Defendant. | CASE NO: 08-CV-2124 W (POR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Pending before the Court is a joint motion for an extension of time for Defendant Qualcomm Incorporated ("Qualcomm") to respond to Plaintiff's Complaint. Pursuant to the parties' stipulation, the Court **GRANTS** the motion. (Doc. No. 7.) Qualcomm shall have until, and including, **January 12, 2009**, to respond.

IT IS SO ORDERED.

DATED: December 10, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　United States District Judge